IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CASE NO.: 1:25-bk-01233 HWV |
| JEFFREY SCOTT LEVAN | : | |
| a/k/a JEFF LEVAN | : | |
| Debtor | : | CHAPTER 13 |

**MOTION FOR EXTENSION OF TIE TO FILE
SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF
CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST,
PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

**AND NOW** comes the Debtor, Jeffrey Scott Levan, by and through his attorney, Gary J. Imblum, and respectfully represents:

1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on May 2, 2025.

2. Debtor filed the bankruptcy as an emergency due to a pending foreclosure complaint and pending vehicle repossession.

3. Debtor's counsel has been unable to gather sufficient information necessary to file the schedules and plan due to the emergency filing.

4. Debtor's schedules and plan are due to the Court on or before May 16, 2025.

5. It is estimated that Debtor's counsel will need 45 days in order to file the bankruptcy schedules and plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court issue an Order extending the deadline for Debtor to file the schedules and plan until June 16, 2025.

Respectfully submitted,
IMBLUM LAW OFFICES, P.C.

**Dated: May 16, 2025**

*/s/ Gary J. Imblum*
Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
Email: gary.imblum@imblumlaw.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

      I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN on the following person(s) by e-service, addressed to:

JACK ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE

                                    **IMBLUM LAW OFFICES, P.C.**

**Dated: May 16, 2025**                  */s/ Bernadette A. Davis*
                                            **Bernadette A. Davis, Paralegal**
                                            **4615 Derry Street**
                                            **Harrisburg, PA 17111**
                                            **(717) 238-5250**
                                            **Fax No. (717) 558-8990**

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CASE NO.: 1:25-bk-01233 HWV |
| JEFFREY SCOTT LEVAN | : | |
| a/k/a JEFF LEVAN | : | |
| Debtor | : | CHAPTER 13 |

## ORDER

Upon consideration of Debtor's Motion for Extension of Time to file Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs and Chapter 13 Plan,

IT IS HEREBY ORDERED AND DECREED that the deadline for filing the aforementioned pleadings in the above captioned case is extended through June 16, 2025.