United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey Scott Levan  
    Debtor

Case No. 25-01233-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 28, 2025      Form ID: ntnew341      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jeffrey Scott Levan, PO Box 69, Halifax, PA 17032-0069 |
| 5709104 | + | Amber Levan, 360 Kieffer Road, Halifax, PA 17032-9453 |
| 5709109 | + | Brenner Car Care, 4 Parkside Court, Mifflintown, PA 17059-9100 |
| 5709111 | + | Dauphin County Fines & Costs, Dauphin County Courthouse, 101 Market Street #5, Harrisburg, PA 17101-2012 |
| 5709112 | + | Dauphin County Treasurer, 101 Market Street, Room 105, Harrisburg, PA 17101-2012 |
| 5709114 | + | Friedman DMD & Grater DMD, PC, 4129 Locust Lane, Harrisburg, PA 17109-4120 |
| 5709115 | | Halifax Area Water & Sewer Authorit, 289-307 South Front Street, Halifax, PA 17032 |
| 5709116 | + | Joseph Kerwin, Solicitor, 4245 State Route 209, Elizabethville, PA 17023-8433 |
| 5709120 | + | OneMain Financial c/o CACH, LLC, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5709121 | + | Pennsylvania Department of Labor &, Industry, PO Box 67503, Harrisburg, PA 17106-7503 |
| 5709125 | + | U.S. Department of Veteran's Affair, NECPAC, PO Box 3978, Portland, OR 97208-3978 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5709108 | + | Email/Text: bankruptcy@credencerm.com | May 28 2025 18:39:00 | AT&T, c/o Credence Resource Management, L, PO Box 2300, Southgate, MI 48195-4300 |
| 5709107 | + | Email/Text: accountservicing@trueaccord.com | May 28 2025 18:39:00 | AT&T, c/o Trueaccord C, 16011 College Boulevard, Lenexa, KS 66219-1366 |
| 5709105 | + | Email/Text: bankruptcy@acacceptance.com | May 28 2025 18:39:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main Street, Fl 2, Spartanburg,, SC 29302-2185 |
| 5709106 | + | Email/PDF: bncnotices@becket-lee.com | May 28 2025 18:46:05 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 5709110 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2025 18:45:58 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5709113 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 28 2025 18:39:00 | Department of Veterans Affairs, c/o The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 5709102 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2025 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5709117 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 28 2025 18:45:58 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5709118 | ^ | MEBN | May 28 2025 18:34:54 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5709119 | | Email/Text: camanagement@mtb.com | May 28 2025 18:39:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5709103 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2025 18:39:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |

| | | | | |
|---|---|---|---|---|
| 5709123 | + | Email/Text: compliance@contractcallers.com | May 28 2025 18:39:00 | PPL Electric Utilities Corpora, c/o CCI/Contract Callers Inc, 501 Greene Street, Suite 302, Augusta, GA 30901-4415 |
| 5709122 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2025 18:39:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5712883 | + | Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 18:39:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5709124 | + | Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 18:39:00 | Santander Consumer USA, Inc., Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5709126 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | May 28 2025 18:39:00 | UPMC, c/o Computer Credit, Inc., PO Box 5238 - 7996 North Point Boul, Winston Salem, NC 27113-5238 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Jeffrey Scott Levan gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Jeffrey Scott Levan, <br> aka Jeff Levan, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−01233−HWV |

| **Notice** |
|---|

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885 <br><br> For additional meeting information go to https://www.justice.gov/ust/moc | Date: July 17, 2025 <br><br> Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 28, 2025 |

ntnew341 (09/23)