IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CASE NO.: 1:25-bk-01233 HWV |
| JEFFREY SCOTT LEVAN | : | |
| a/k/a JEFF LEVAN | : | |
| Debtor | : | CHAPTER 13 |

### SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

AND NOW comes Debtor, Jeffrey Scott Levan, by and through his attorney, Gary J. Imblum, and respectfully represents:

1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on May 2, 2025.

2. Debtor filed the bankruptcy as an emergency due to a pending foreclosure complaint and pending vehicle repossession.

3. Debtor filed a First Motion for Extension on May 16, 2025 which was approved by Order dated May 27, 2025.

4. Debtor's counsel has been unable to gather sufficient information necessary to file the schedules and plan due to the emergency filing.

5. Debtor's schedules and plan are due to the Court on or before June 16, 2025.

6. It is estimated that Debtor's counsel will need an additional 45 days in order to file the bankruptcy schedules and plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court issue an Order extending the deadline for Debtor to file the schedules and plan until July 31, 2025.

Respectfully submitted,

IMBLUM LAW OFFICES, P.C.

_____
Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

Dated: June 16, 2025      Attorney for Debtor

Document ID: 13b67252-12ac-42bc-af9b-58b82d03711d

## CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN on the following person(s) by E-Service, addressed to:

JACK ZAHAROPOULOS ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

IMBLUM LAW OFFICES, P.C.

*Bernadette A. Davis*
_____
Bernadette A. Davis, Paralegal
4615 Derry Street
Harrisburg  PA  17111
717 238-5250
Fax No. 717 558-8990
Email: gary.imblum@imblumlaw.com

Dated: June 16, 2025

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CASE NO.: 1:25-bk-01233 HWV |
| JEFFREY SCOTT LEVAN | : | |
| a/k/a JEFF LEVAN | : | |
| Debtor | : | CHAPTER 13 |

## ORDER

Upon consideration of Debtor's Second Motion for Extension of Time to File Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs and Chapter 13 Plan,

IT IS HEREBY ORDERED AND DECREED that the deadline for filing the aforementioned pleadings in the above captioned case is extended through July 31, 2025.