| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 5M4 27289011 | 01/1 | 2617918 | 1 of 1 |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

**Earnings Statement** 

Period Starting: 04/19/2025
Period Ending: 04/25/2025
Pay Date: 05/02/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 14610.00 |
| Overtime | 30.0000 | 8.33 | 249.90 | 4679.70 |
| Gross Pay | | | $1,049.90 | $19,289.70 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -86.79 | 1583.97 |
| Social Security | -65.09 | 1195.96 |
| Medicare | -15.22 | 279.70 |
| Pennsylvania State Income | -32.23 | 592.19 |
| Pennsylvania State UI | -0.73 | 13.50 |
| Columbia B Local Income | -10.50 | 192.90 |
| Columbia Boro Local | -1.00 | 18.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1998.00 |

| Net Pay | $727.34 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 48.33 | 886.49 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 727.34 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,049.90

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 05/02/2025

**Deposited to the account**
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 727.34 |

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 5M4 27289011 | 01/1 | 2601366 | 1 of 1 |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

# Earnings Statement

**ADP**

Period Starting: 04/12/2025
Period Ending: 04/18/2025
Pay Date: 04/25/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Add'l
  State:
  Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 13810.00 |
| Overtime | 30.0000 | 10.00 | 300.00 | 4429.80 |
| **Gross Pay** | | | **$1,100.00** | **$18,239.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.80 | 1497.18 |
| Social Security | -68.20 | 1130.87 |
| Medicare | -15.95 | 264.48 |
| Pennsylvania State Income | -33.77 | 559.96 |
| Pennsylvania State UI | -0.77 | 12.77 |
| Columbia B Local Income | -11.00 | 182.40 |
| Columbia Boro Local | -1.00 | 17.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1887.00 |

| Net Pay | $765.51 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.00 | 838.16 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 04/25/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2982 | XXXXXXXXX | 765.51 |

**THIS IS NOT A CHECK**

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB7 5M4 27289011 | 01/1 | 2585647 | 1 of 1 |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

## Earnings Statement 

Period Starting: 04/05/2025
Period Ending: 04/11/2025
Pay Date: 04/18/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 13010.00 |
| Overtime | 30.0000 | 10.00 | 300.00 | 4129.80 |
| **Gross Pay** | | | **$1,100.00** | **$17,139.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.80 | 1404.38 |
| Social Security | -68.20 | 1062.67 |
| Medicare | -15.95 | 248.53 |
| Pennsylvania State Income | -33.77 | 526.19 |
| Pennsylvania State UI | -0.77 | 12.00 |
| Columbia B Local Income | -11.00 | 171.40 |
| Columbia Boro Local | -1.00 | 16.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1776.00 |

**Net Pay**    **$765.51**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.00 | 755.16 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 04/18/2025

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2982 | XXXXXXXXX | 765.51 |

THIS IS NOT A CHECK

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB7 5M4 27289011 | 01/1 | 2570156 | 1 of 1 |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

**Earnings Statement** 

Period Starting: 03/29/2025
Period Ending: 04/04/2025
Pay Date: 04/11/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 12210.00 |
| Overtime | 30.0000 | 3.00 | 90.00 | 3829.80 |
| **Gross Pay** | | | **$890.00** | **$16,039.80** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -67.60 | 1311.58 |
| Social Security | -55.18 | 994.47 |
| Medicare | -12.91 | 232.58 |
| Pennsylvania State Income | -27.32 | 492.42 |
| Pennsylvania State UI | -0.62 | 11.23 |
| Columbia B Local Income | -8.90 | 160.40 |
| Columbia Boro Local | -1.00 | 15.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1665.00 |

| **Net Pay** | | **$605.47** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 43.00 | 735.16 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 605.47 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $890.00

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 04/11/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2982 | XXXXXXXXX | 605.47 |

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 5M4 27289011 | 01/1 | 2554533 | 1 of 1 |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

# Earnings Statement

**ADP**

Period Starting: 03/22/2025
Period Ending: 03/28/2025
Pay Date: 04/04/2025

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 11200.00 |
| Overtime | 30.0000 | 10.00 | 300.00 | 3739.80 |
| Gross Pay | | | $1,100.00 | $14,939.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.80 | 1243.98 |
| Social Security | -68.20 | 926.27 |
| Medicare | -15.95 | 216.63 |
| Pennsylvania State Income | -33.77 | 458.65 |
| Pennsylvania State UI | -0.77 | 10.46 |
| Columbia B Local Income | -11.00 | 149.40 |
| Columbia Boro Local | -1.00 | 14.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1554.00 |

Net Pay  $765.51

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.00 | 684.66 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 04/04/2025

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

Jeffrey Levan
201 Market St
Halifax, PA 17032

| | Company Code | Loc/Dept | Number | Page | | Earnings Statement | |
|---|---|---|---|---|---|---|---|
| | KB / 5M4 27289011 | 01/1 | 2538998 | 1 of 1 | | | ADP |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Period Starting: 03/15/2025
Period Ending: 03/21/2025
Pay Date: 03/28/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 10400.00 |
| Overtime | 30.0000 | 1.33 | 39.90 | 3439.80 |
| Gross Pay | | | $839.90 | $13,839.80 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -61.59 | 1151.18 |
| Social Security | -52.08 | 858.07 |
| Medicare | -12.18 | 200.68 |
| Pennsylvania State Income | -25.78 | 424.88 |
| Pennsylvania State UI | -0.59 | 9.69 |
| Columbia B Local Income | -8.40 | 138.40 |
| Columbia Boro Local | -1.00 | 13.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1443.00 |

| Net Pay | $567.28 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 41.33 | 634.66 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 567.28 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $839.90

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 03/28/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 567.28 |

THIS IS NOT A CHECK

Jeffrey Levan
201 Market St
Halifax, PA 17032

| | Company Code | Loc/Dept | Number | Page | Earnings Statement | | |
|---|---|---|---|---|---|---|---|
| | KB / 5M4 27289011 | 01/1 | 2523744 | 1 of 1 | | | ADP |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Period Starting: 03/08/2025
Period Ending: 03/14/2025
Pay Date: 03/21/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 9600.00 |
| Overtime | 30.0000 | 10.00 | 300.00 | 3399.90 |
| Gross Pay | | | $1,100.00 | $12,999.90 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.80 | 1089.59 |
| Social Security | -68.20 | 805.99 |
| Medicare | -15.95 | 188.50 |
| Pennsylvania State Income | -33.77 | 399.10 |
| Pennsylvania State UI | -0.77 | 9.10 |
| Columbia B Local Income | -11.00 | 130.00 |
| Columbia Boro Local | -1.00 | 12.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1332.00 |

Net Pay $765.51

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.00 | 593.33 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 03/21/2025

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2982 | XXXXXXXXX | 765.51 |

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KB / 5M4 27289011 | 01/1 | 2506575 | 1 of 1 |

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

# Earnings Statement

**ADP**

Period Starting: 03/01/2025
Period Ending: 03/07/2025
Pay Date: 03/14/2025

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 8800.00 |
| Overtime | 30.0000 | 10.00 | 300.00 | 3099.90 |
| Gross Pay | | | $1,100.00 | $11,899.90 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.80 | 996.79 |
| Social Security | -68.20 | 737.79 |
| Medicare | -15.95 | 172.55 |
| Pennsylvania State Income | -33.77 | 365.33 |
| Pennsylvania State UI | -0.77 | 8.33 |
| Columbia B Local Income | -11.00 | 119.00 |
| Columbia Boro Local | -1.00 | 11.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1221.00 |

| Net Pay | | $765.51 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.00 | 543.33 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date: 03/14/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

**THIS IS NOT A CHECK**

Jeffrey Levan
201 Market St
Halifax, PA 17032

Company Code   Loc/Dept   Number   Page
KB / 5M4 27289011   01/1   2492556   1 of 1
Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

# Earnings Statement

**ADP**

Period Starting:   02/22/2025
Period Ending:    02/28/2025
Pay Date:         03/07/2025

Taxable Filing Status: Single
Exemptions/Allowances:
    Federal:   Std W/H Table
    State:     0
    Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
    Federal:   0.00 Addnl
    State:
    Local:

Jeffrey Levan
201 Market St
Halifax, PA 17032

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 20.0000 | 40.00 | 800.00 | 8000.00 |
| Overtime | 30.0000 | 10.00 | 300.00 | 2799.90 |
| Gross Pay | | | $1,100.00 | $10,799.90 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -92.80 | 903.99 |
| Social Security | -68.20 | 669.59 |
| Medicare | -15.95 | 156.60 |
| Pennsylvania State Income | -33.77 | 331.56 |
| Pennsylvania State UI | -0.77 | 7.56 |
| Columbia B Local Income | -11.00 | 108.00 |
| Columbia Boro Local | -1.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Child support 1 | -111.00 | 1110.00 |

| Net Pay | | $765.51 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 50.00 | 493.33 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,100.00

---

Pure Efficiency Carrier Inc
PO Box 39
East Peterburg, PA 17520

Pay Date:   03/07/2025

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2982 | XXXXXXXXX | 765.51 |

**THIS IS NOT A CHECK**

Jeffrey Levan
201 Market St
Halifax, PA 17032