In re:  Case No. 25-01233-HWV
Jeffrey Scott Levan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 14, 2025     Form ID: ntcnfhrg     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Scott Levan, PO Box 69, Halifax, PA 17032-0069 |
| 5709104 | + | Amber Levan, 360 Kieffer Road, Halifax, PA 17032-9453 |
| 5709109 | + | Brenner Car Care, 4 Parkside Court, Mifflintown, PA 17059-9100 |
| 5709111 | + | Dauphin County Fines & Costs, Dauphin County Courthouse, 101 Market Street #5, Harrisburg, PA 17101-2012 |
| 5709112 | + | Dauphin County Treasurer, 101 Market Street, Room 105, Harrisburg, PA 17101-2012 |
| 5709114 | + | Friedman DMD & Grater DMD, PC, 4129 Locust Lane, Harrisburg, PA 17109-4120 |
| 5709116 | + | Joseph Kerwin, Solicitor, 4245 State Route 209, Elizabethville, PA 17023-8433 |
| 5709120 | + | OneMain Financial c/o CACH, LLC, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5709121 | + | Pennsylvania Department of Labor &, Industry, PO Box 67503, Harrisburg, PA 17106-7503 |
| 5709125 | + | U.S. Department of Veteran's Affair, NECPAC, PO Box 3978, Portland, OR 97208-3978 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5709108 | + | Email/Text: bankruptcy@credencerm.com | Aug 14 2025 18:48:00 | AT&T, c/o Credence Resource Management, L, PO Box 2300, Southgate, MI 48195-4300 |
| 5709107 | + | Email/Text: accountservicing@trueaccord.com | Aug 14 2025 18:47:00 | AT&T, c/o Trueaccord C, 16011 College Boulevard, Lenexa, KS 66219-1366 |
| 5709105 | + | Email/Text: bankruptcy@acacceptance.com | Aug 14 2025 18:48:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main Street, Fl 2, Spartanburg,, SC 29302-2185 |
| 5709106 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 19:04:10 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 5719495 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 19:03:45 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5723463 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 19:04:05 | CACH, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5709110 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2025 19:03:45 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5709113 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 14 2025 18:48:00 | Department of Veterans Affairs, c/o The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 5709102 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2025 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5709117 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 14 2025 18:53:30 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5709118 | | ^ MEBN | Aug 14 2025 18:43:41 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5715515 | | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5709119 | | Email/Text: camanagement@mtb.com | Aug 14 2025 18:43:34 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| | | | Aug 14 2025 18:47:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5709103 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2025 18:47:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5709123 | + | Email/Text: compliance@contractcallers.com | Aug 14 2025 18:48:00 | PPL Electric Utilities Corpora, c/o CCI/Contract Callers Inc, 501 Greene Street, Suite 302, Augusta, GA 30901-4415 |
| 5709122 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2025 18:47:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5712883 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2025 18:48:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5709124 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 14 2025 18:48:00 | Santander Consumer USA, Inc., Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5709126 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Aug 14 2025 18:47:00 | UPMC, c/o Computer Credit, Inc., PO Box 5238 - 7996 North Point Boul, Winston Salem, NC 27113-5238 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5709115 | | Halifax Area Water & Sewer Authorit, removed per entry No. 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Jeffrey Scott Levan gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Jeffrey Scott Levan,  
 aka Jeff Levan,

Chapter 13

**Debtor 1**

Case No. 1:25−bk−01233−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 17, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 24, 2025  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 14, 2025 |

ntcnfhrg (08/21)