In re:                                               Case No. 25-01233-HWV

Jeffrey Scott Levan                         Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                   Page 1 of 3

Date Rcvd: Nov 06, 2025                          Form ID: ordsmiss                              Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Scott Levan, PO Box 69, Halifax, PA 17032-0069 |
| 5709104 | + | Amber Levan, 360 Kieffer Road, Halifax, PA 17032-9453 |
| 5709109 | + | Brenner Car Care, 4 Parkside Court, Mifflintown, PA 17059-9100 |
| 5709111 | + | Dauphin County Fines & Costs, Dauphin County Courthouse, 101 Market Street #5, Harrisburg, PA 17101-2012 |
| 5709112 | + | Dauphin County Treasurer, 101 Market Street, Room 105, Harrisburg, PA 17101-2012 |
| 5709114 | + | Friedman DMD & Grater DMD, PC, 4129 Locust Lane, Harrisburg, PA 17109-4120 |
| 5755689 | + | Halifax Area Water and Sewer Authority, P.O. Box 443, 203 Armstrong Street, Halifax, PA 17032-6008 |
| 5709116 | + | Joseph Kerwin, Solicitor, 4245 State Route 209, Elizabethville, PA 17023-8433 |
| 5709120 | + | OneMain Financial c/o CACH, LLC, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5709121 | + | Pennsylvania Department of Labor &, Industry, PO Box 67503, Harrisburg, PA 17106-7503 |
| 5709125 | + | U.S. Department of Veteran's Affair, NECPAC, PO Box 3978, Portland, OR 97208-3978 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5709108 | + | Email/Text: bankruptcy@credencerm.com | Nov 06 2025 18:44:00 | AT&T, c/o Credence Resource Management, L, PO Box 2300, Southgate, MI 48195-4300 |
| 5709107 | + | Email/Text: accountservicing@trueaccord.com | Nov 06 2025 18:44:00 | AT&T, c/o Trueaccord C, 16011 College Boulevard, Lenexa, KS 66219-1366 |
| 5709105 | + | Email/Text: bankruptcy@acacceptance.com | Nov 06 2025 18:44:00 | American Credit Acceptance, Attn: Bankruptcy, 961 E Main Street, Fl 2, Spartanburg,, SC 29302-2185 |
| 5709106 | + | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 18:46:24 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 5719495 | | Email/PDF: bncnotices@becket-lee.com | Nov 06 2025 18:46:22 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5723463 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 18:46:16 | CACH, LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5709110 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2025 18:46:15 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5709113 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 06 2025 18:44:00 | Department of Veterans Affairs, c/o The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 5709102 | | EDI: IRS.COM | Nov 06 2025 23:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5709117 | + | EDI: JPMORGANCHASE | Nov 06 2025 23:39:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5709118 | ^ | MEBN | Nov 06 2025 18:38:30 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5715515 | ^ | MEBN | Nov 06 2025 18:38:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5709119 | | Email/Text: camanagement@mtb.com | Nov 06 2025 18:44:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5709103 | | EDI: PENNDEPTREV | Nov 06 2025 23:39:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5709123 | + | Email/Text: compliance@contractcallers.com | Nov 06 2025 18:44:00 | PPL Electric Utilities Corpora, c/o CCI/Contract Callers Inc, 501 Greene Street, Suite 302, Augusta, GA 30901-4415 |
| 5709122 | + | EDI: PENNDEPTREV | Nov 06 2025 23:39:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5712883 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 06 2025 18:44:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5709124 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 06 2025 18:44:00 | Santander Consumer USA, Inc., Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5709126 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Nov 06 2025 18:44:00 | UPMC, c/o Computer Credit, Inc., PO Box 5238 - 7996 North Point Boul, Winston Salem, NC 27113-5238 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5709115 | | Halifax Area Water & Sewer Authorit, removed per entry No. 13 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Jeffrey Scott Levan gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

| | | |
|---|---|---|
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com | |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov | |

TOTAL: 5

In re:

| | |
|---|---|
| Jeffrey Scott Levan,<br>aka Jeff Levan, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−01233−HWV |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 6, 2025

ordsmiss (05/18)